AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

*SERVED* (watermark)

| | |
|---|---|
| KAYLA AVILA and MARK V. WALLACE JR., <br><br> *Plaintiff(s)* <br> v. <br><br> CAPSTONE CREDIT & COLLECTION, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 8:19-cv-03182 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CAPSTONE CREDIT & COLLECTION, LLC
c/o Registered Agent
DOUG W. CULLARO
120 LUTZ LAKE FERN RD W
LUTZ, FL 33548

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: **Dec 30, 2019**

Signature: *Lindsay Richards*, Deputy Clerk

# AFFIDAVIT OF PROCESS SERVER

Job # 28852

**Client Info:**
Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

**Case Info:**

**PLAINTIFF:**                          DISTRICT COURT
KAYLA AVILA and MARK V. WALLACE JR.,
-versus-
**DEFENDANT:**
CAPSTONE CREDIT & COLLECTION, LLC,        Court Case # 8: 19-cv-03182

**Service Info:**

Date Received by Accurate Serve of Plantation: 1/5/2020 at 09:21 PM
Service: I Served **CAPSTONE CREDIT & COLLECTION, LLC c/o Registered Agent DOUG W. CULLARO**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, RELATED CASE ORDER AND TRACK TWO NOTICE, NOTICE OF PENDENCY OF OTHER ACTIONS, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE, ORDER**
by leaving with **DOUG W. CULLARO, REGISTERED AGENT**

At Business 120 LUTZ LAKE FERN RD W LUTZ, FL 33548

Latitude: 28.150880
Longitude: -82.462935

On **1/9/2020** at **10:52 AM**
Manner of Service: **CORPORATE LLC**
PURSUANT TO F.S. Ch. 48.062

**Served Description:** (Approx)

Age: **55**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **190**, Hair: **Brown** Glasses: **No**

I **Selma Adams** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**Selma Adams**
Lic # **19-810686, PPS 9128**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # 2020000068
Job # 28852
SUBSCRIBED AND SWORN to before me this __14__ day of __Jan__, __20__, by **Selma Adams**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida



BEAU CHARLET
Commission # GG 274968
Expires March 7, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

 

1 of 1